SO ORDERED.

Dated: January 14, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-30980/80407955

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John C. Marrama and Laurie T. Marrama<br>      Debtors.<br>_____<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>      Movant,<br>  vs.<br><br>John C. Marrama and Laurie T. Marrama, Debtors, David A. Birdsell, Trustee.<br><br>      Respondents. | No. 2:09-bk-30883-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 15, 2004 and recorded in the office of the Maricopa County Recorder wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and John C. Marrama and Laurie T. Marrama have an interest in, further described as:

> LOT 388, OF ANTHEM WEST UNIT ONE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPACOUNTY, ARlZONA, RECORDED IN BOOK 622 OF MAPS, PAGE 14 AND CERTIFICATE OF CORRECTION RECORDED AS 2003-374222 AND 2003-379207, BOTH OF OFFICIAL RECORDS;
>
> EXCEPTING THEREFROM ALL COAL, OIL, GAS AND OTHER MINERAL DEPOSITS AS RESERVED IN THE PATENT TO THE LAND.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT